

# Missouri Court of Appeals
## Southern District

**JANUARY 29, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.     Case No.  SD32217

    Re:     SECURITY CREDIT SERVICE, LLC,
           ASSIGNEE OF GECC (WALMART),
           Plaintiff-Appellant,
           v.
           JESSICA GREGG,
           Defendant-Respondent.